DANIEL J. BRODERICK, Bar #89424
Federal Defender
TARA I. ALLEN Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RONALD EDMOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. Mag. 07-257-DAD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO VACATE<br>) COURT TRIAL AND SET FOR MOTION TO<br>) SUPPRESS HEARING AND BRIEFING |
| RONALD EDMOND, | ) SCHEDULE |
| Defendant. | ) |
| | ) Judge: Hon. Dale A. Drozd |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, RONALD EDMOND, by and through his counsel LEXI NEGIN of the Federal Defenders Office, hereby stipulate to vacate the court trial set for October 3, 2007 at 9:00 a.m. and set this case for a motion to suppress hearing on October 30, 2007 at 10:00 a.m.

/////

/////

/////

1

The following will be the briefing schedule to file motions:

Defendants' Motion Due . . . . . . . . . . . . . . . . October 3, 2007

Governments' response due . . . . . . . . . . . . October 17, 2007

Defendants' Reply due . . . . . . . . . . . . . . October 24, 2007

Motion to Suppress Hearing . . . . . . . . . . . . October 30, 2007

The court trial will be set by the court following the motion to suppress hearing if necessary.

Dated: September 26, 2007      Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/  Lexi Negin
_____
LEXI NEGIN
Assistant Federal Defender
Attorneys for Defendant
RONALD EDMOND


Dated:  September 26, 2007     MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew Stegman
_____
MATTHEW STEGMAN
Assistant U.S. Attorney


**O R D E R**

IT IS SO ORDERED.

DATED: September 26, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/edmond0257.stipord