```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TARA I. ALLEN Bar #235549
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorneys for Defendant
    RONALD EDMOND
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     ) NO. Mag. 07-257-DAD
                                  )
14              Plaintiff,        )
                                  ) STIPULATION AND ORDER TO CONTINUE
15      v.                        ) MOTION TO SUPPRESS HEARING AND
                                  ) BRIEFING SCHEDULE
16  RONALD EDMOND                 )
                                  )
17              Defendant.        ) Judge: Hon. Dale A. Drozd
                                  )
18  _____)

19
```

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, RONALD EDMOND, by and through his counsel LEXI NEGIN of the Federal Defenders Office, hereby stipulate to continue the motion to suppress hearing from October 30, 2007 to November 6, 2007 and to continue the briefing schedule as follows:

    Defendants' Motion Due . . . . . . . . . . . . . . . October 10, 2007
    Governments' response due . . . . . . . . . . . . . October 24, 2007
    Defendants' Reply due . . . . . . . . . . . . . . . October 31, 2007

```
 1        Motion to Suppress Hearing . . . . . . . . . . . .   November 6, 2007
 2        The reason for this continuance is discovery provided by the
 3   government affecting the motion on the original date the motion was due.
 4   The court trial will be set by the court following the motion to suppress
 5   hearing.
 6        Dated: October 3, 2007           Respectfully submitted,
 7                                         DANIEL J. BRODERICK
                                           Federal Defender
 8
 9                                         /s/  Lexi Negin
10                                         LEXI NEGIN
                                           Assistant Federal Defender
11                                         Attorneys for Defendant
                                           RONALD EDMOND
12
13
         Dated:  October 3, 2007           MCGREGOR W. SCOTT
14                                         United States Attorney
15                                         /s/ Matthew Stegman
16                                         MATTHEW STEGMAN
                                           Assistant U.S. Attorney
17
```

**O R D E R**

IT IS SO ORDERED.

DATED: October 4, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/edmond0257.stipord(2)