McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
BENJAMIN C. SANDEL
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2806

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | NO.  Cr. S-07-00452 DAD |
| ) | |
| Plaintiff,  ) | Stipulation and Order to |
| ) | Continue Hearing |
| v.  ) | |
| ) | Date: March 4, 2008 |
| RONALD EDMOND,  ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Dale A. Drozd |
| Defendant.  ) | |
| ) | |

It is hereby stipulated and agreed between the United States and the defendant, Ronald Edmond, by and through his undersigned counsel, to continue the briefing schedule as follows:

Government's Response due---------Feb. 26, 2008

Defendant's Reply, if any, due----March 6, 2008

Motion Hearing-------------------March 18, 2008, 10:00 a.m.

The Government requests this continuance due to the heavy case load of the law clerk assigned to the case.

///

///

///

///

1

    The parties agree that time may continue to be excluded from March 4, 2008 to March 18, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv), also known as Local Code T4, reasonable time to prepare.

DATED: February 7, 2008        McGREGOR W. SCOTT
                                     United States Attorney

                              By:  /s/ Kyle Reardon for:
                                   MATTHEW C. STEGMAN
                                   Assistant U.S. Attorney

DATED: February 7, 2008        DANIEL J. BRODERICK
                                     Federal Defender

                              By:  /s/ Benjamin D. Galloway
                                   BENJAMIN D. GALLOWAY
                                   Staff Attorney
                                   Office of the Federal Defender
                                   Attorney for Defendant

**O R D E R**

IT IS SO ORDERED:

DATED: February 7, 2008.

                                   DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/edmond0452.stipord