```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  ISABEL Y. LIOU
    Certified Law Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2806
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Cr. No. S-07-00452 DAD
                                 )
12           Plaintiff,          )   Stipulation and Order to
                                 )   Continue Judgment and
13       v.                      )   Sentencing Hearing
                                 )
14  RONALD EDMOND,               )   Date:  July 1, 2008
                                 )   Time:  10:00 a.m.
15           Defendant.          )   Judge: Hon. Dale A. Drozd
                                 )
16  _____ )
```

17      It is hereby stipulated and agreed between the United States
18  and the defendant, Ronald Edmond, by and through his undersigned
19  counsel, to continue the judgment and sentencing hearing set for
20  July 1, 2008, to July 15, 2008, at 10:00 a.m.
21      The Government requests this continuance because the
22  probation officer in this matter needs additional time to amend
23  and re-file the presentence report.
24  ///
25  ///
26  ///
27  ///
28  ///

Time is not excluded under the Speedy Trial Act because defendant has already pled guilty in this matter.

DATED: June 25, 2008
McGREGOR W. SCOTT
United States Attorney

By: /s/ Heiko Coppola for
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney


DATED: June 25, 2008
DANIEL J. BRODERICK
Federal Defender

By: /s/ Benjamin Galloway
BENJAMIN D. GALLOWAY
Staff Attorney
Office of the Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED:

DATED: June 26, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/edmond0452.stipord(2)

2